JESSICA ESPINOSA (SBN 275339)
EMILY THENARD (SBN 264619)
SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone: (323) 634-8288
Facsimile: (323) 549-6624
jessica.espinosa@sagaftra.org

JS-6

Attorney for Petitioner
Screen Actors Guild - American Federation
of Television and Radio Artists

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>HACK PARTNERS, LLC<br><br>Respondent. | Case No. 2:15-cv-07536 –DDP-KLS<br><br>**JUDGMENT**<br><br>[Filed concurrently with Notice of Motion and Motion for Order Confirming Arbitration Award; Declaration of Jessica Espinosa; and Notice of Interested Parties] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

The regularly noticed Motion for Order Confirming Arbitration Award and Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild-American Federation of Television and Radio Artist ("Union"), as successor-in-interest to Screen Actors Guild, Inc. came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

1  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

2  1. The Arbitration Award in favor of the Union, as successor-in-interest to the Screen Actors Guild, Inc., and against HACK PARTNERS, LLC, Union Case No. TM 5336, dated September 27, 2011, is confirmed in all respects.

2. HACK PARTNERS, LLC is ordered to pay as follows:

   (a) To Union, on behalf of affected performers, the sum of $17,856.06;

   (b) To Union for its attorney's fees incurred in this action, in the sum of $2,400.00; and

   (c) To Union for its costs incurred in this action, the sum $400.00.

Dated: October 19, 2015

_____
United States District Judge